IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL E. JONES                                                                                      PLAINTIFF

vs.                                            Civil No. 2:10-cv-02178

MICHAEL J. ASTRUE                                                                                DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on April 23, 2012 by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 17.  Judge Marschewski recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**.  Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $3,985.15.  This award represents 18.05 hours of attorney time at an hourly rate of $173.00 and 11.50 hours of paralegal time at an hourly rate of $75.00.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED, this 1st day of June, 2012.**

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE